Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00168-RFB-DJA |
| Plaintiff, | **Second Stipulation to Continue Pretrial Motion Deadlines and Trial Dates** |
| v. | |
| Carlos Montes, | |
| Defendant. | |

The parties jointly request that this Court vacate the calendar call and trial dates currently scheduled for January 19 and 25, 2021 and continue them for at least 60 days.  The parties also request until March 1, 2021 to file pretrial motions and notices of defenses under LCR 12-1(b).

The parties enter this stipulation because:

1. Defense counsel needs additional time to review the discovery, conduct additional investigation, and research any pretrial issues.

2. The defendant is not in custody and agrees to the continuance.

3. The parties agree to the continuance.

4. The additional time is to allow defense counsel to investigate and litigate any necessary pretrial issues and to prepare for trial if this case cannot be resolved through negotiations.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested is excludable in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the factors under § 3161(h)(7)(B)(i), (iv).

DATED: January 16, 2021.

| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Brian Whang*<br>By_____<br>Brian Whang<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00168-RFB-DJA |
| Plaintiff, | **Order Granting Second Stipulation to Continue Pretrial Motion Deadlines and Trial Dates** |
| v. | |
| Carlos Montes, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the calendar call and trial dates for at least 60 days. The additional time is to allow defense counsel to prepare for trial in the event this case cannot be resolved short of trial and to investigate and litigate any necessary pretrial issues. Montes is not in custody and agrees to the continuance. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the factors outlined in §3161(h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the government's prospective witnesses must be electronically submitted to the Court by the _7th_ day of _May_____, 2021, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that the parties will have until March 1, 2021, to file pretrial motions and notices of defenses under LCR 12-1(b).

3

Responses and replies will be due within 14 and 7 days of service of the motion or response, respectively.  LCR 12-1(2)–(3).

      IT IS FURTHER ORDERED that the calendar call currently scheduled for January 19, 2021, at 1:30 p.m., is vacated and continued to __May 11, 2021__ at __1__:__30__ p.m.; and the trial scheduled for January 25, 2021, at 9:00 am, is vacated and continued to __May 17, 2021__ at __9__:__00__ a.m.

      DATED: January __16__, 2021.

_____
RICHARD F. BOULWARE,
United States District Judge