RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Carlos Montes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00168-RFB-DJA |
| Plaintiff, | **Unopposed Motion for Passport Release and ORDER** |
| v. | |
| Carlos Montes, | |
| Defendant. | |

Defendant Carlos Montes, through his attorney, Benjamin F. J. Nemec, files this Motion for Passport Release.

## Memorandum of Points and Authorities

Defendant Carlos Montes requests this Court order pretrial services to return his passport. On September 18, 2020, Magistrate Judge Weskler ordered pretrial release for Mr. Montes with special conditions. ECF No. 31. One of those special conditions was Mr. Montes was required to "surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer." ECF No. 33, p. 3 No. 17. Mr. Montes dutifully complied with this condition.

On June 15, 2021, this Court sentenced Mr. Montes to three years probation with special conditions. ECF Nos. 57, 60. There was no probation condition relating to Mr. Montes's passport, and Mr. Montes is no longer subject to his pretrial conditions as he has been sentenced.

As such, Mr. Montes respectfully requests this Court order pretrial services to return Mr. Montes's passport. Mr. Montes has a job opportunity that requires a passport.

Assistant United States Attorney Brian Whang advises he does not oppose this Motion.

DATED: October 26, 2021.

RENE L. VALLADARES
Federal Public Defender

By: */s/Benjamin F. J. Nemec*
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Attorney for Carlos Montes

**ORDER:**

IT IS SO ORDERED this 3rd day of November, 2021.

RICHARD F. BOULWARE, II
United States District Judge

2